Babak Hashemi, Esq. (State Bar No. 263494)
**LAW OFFICES OF BABAK HASHEMI, ESQ**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Phone: (949) 464-8529
Fax: (949)259-4548
BabakHashemiLaw@gmail.com

Attorney for Plaintiff: ANTHONY BOUYER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SRISUPHAN HIGASHI, d/b/a COUNTRY CLEANERS; CASTAIC VILLAGE CENTER, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02276-RSWL (AFMx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD: Plaintiff ANTHONY BOUYER and Defendant CASTAIC VILLAGE CENTER, (collectively the "Parties") have reached a settlement in this matter and expect to file a request for dismissal of the action within thirty (30) days, pending completion of certain terms contained with a confidential settlement agreement.

Parties request that the Court stay all proceedings pending final settlement on this matter and up on good cause allow the Parties to reopen the action if settlement is not consummated.

1

Dated: May 10, 2021               **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By: /s/ *Babak Hashemi*
       Babak Hashemi, Esq.
       Attorney for Plaintiff

NOTICE OF SETTLEMENT

## <u>CERTIFICATE OF SERVICE</u>

I, Babak Hashemi, an attorney admitted to practice before this Court, do hereby certify that on May 10, 2021, I caused a copy of the foregoing **NOTICE OF SETTLEMENT** to be served electronically and through the Court's Case Management/Electronic Case Files (CM/ECF) system upon all persons and entities registered and authorized to receive such service.


Dated: May 10, 2021                    By:   */s/ Babak Hashemi*
                                             Babak Hashemi, Esq.